IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-61-MPT |
| | ) | |
| DONALD PRITCHETT, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Robert Prettyman as attorney of record for the United States, and enter the appearance of Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney


BY: /s/ Robert F. Kravetz
     Robert F. Kravetz
     Assistant United States Attorney
     Nemours Building, Suite 700
     1007 Orange Street
     P.O. Box 2046
     Wilmington, DE 19899-2046
     302-573-6277, x133

Dated: April 11, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DONALD PRITCHETT,  )<br>  )<br>Defendant.  )  | Criminal Action No. 07-61-MPT |

### CERTIFICATE OF SERVICE

I, Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, hereby certify that on the 11th day of April 2007, I caused to be electronically filed a **Notice of Substitution of Counsel and Entry of Appearance** with the Clerk of the Court. I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

Edson Bostic, Esq.
Federal Public Defender
Office of the Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801

/s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney